In the Matter of LAZY ACRES PARK, LLC, Respondent, v PAUL FERRETTI et al., Appellants.

Submitted March 9, 2015; decided April 7, 2015

Motion by the National Consumer Law Center et al. for leave to appear amici curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

Judge FAHEY taking no part.

PS 157 LOFTS LLC et al., Respondents, v KIMBERLY AUSTIN et al., Appellants.

Decided April 7, 2015

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the Court of Appeals does not have jurisdiction to entertain the appeal (NY Const, art VI, § 3; CPLR 5601).

Judges STEIN and FAHEY taking no part.

PS 157 LOFTS LLC et al., Respondents, v KIMBERLY AUSTIN et al., Appellants.

Submitted March 23, 2015; decided April 7, 2015

Motion, insofar as it seeks reargument, denied; motion, insofar as it seeks leave to appeal, dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain the motion (NY Const, art VI, § 3; CPLR 5602) [see 24 NY3d 1213 (2015)].

Judges STEIN and FAHEY taking no part.

ZENICA SEGERMAN, Appellant, v LUTHERAN MEDICAL CENTER et al., Respondents.

Submitted March 9, 2015; decided April 7, 2015